# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

14 DEC -5 PM 3:44

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>JORGE MILLAN-BURGUENO (02)<br><br>               Defendant. | CASE NO. 14CR3061-DMS<br><br>DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of:  8 USC 1324(a)(2)(B)(iii);18 USC 2.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/04/14

                                        RUBEN B. BROOKS
                                        UNITED STATES DISTRICT JUDGE

ENTERED ON _____